Kenneth George LOEFFEL, Appellant,

v.

Francis LUKEWSKI.

No. 16361.

United States Court of Appeals
Eighth Circuit.

Jan. 5, 1960.

John S. Marsalek, Robert E. Keaney, St. Louis, Mo., and Bernard H. Bertrand, East St. Louis, Ill., for appellant.

James B. Wham and William B. Wham, Centralia, Ill., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

Alexander S. FISCH, Bankrupt-Appellant,

v.

Elliot L. KRAUSE, Trustee in Bankruptcy, Appellee.

No. 100, Docket 25713.

United States Court of Appeals
Second Circuit.

Argued Dec. 4, 1959.

Decided Dec. 21, 1959.

Alexander S. Fisch appeals from an order sustaining an order of a referee in bankruptcy denying him a discharge in bankruptcy because of a material false statement he had made in a written application for a bank loan.

Herman G. Robbins, Brooklyn, N. Y. (Theodore Blatt, New York City, on the brief), for appellant.

Elliot L. Krause, New York City, appellee pro se.

Before CLARK, WATERMAN and MOORE, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Zavatt, 180 F.Supp. 45.

Mrs. Amelia Mills BYRAM, Appellant,

v.

EQUITABLE LIFE ASSURANCE SOCIETY OF UNITED STATES, Appellee.

No. 17985.

United States Court of Appeals
Fifth Circuit.

Feb. 11, 1960.

Rehearing Denied March 31, 1960.

Grove Stafford, Stafford & Pitts, Alexandria, La., for plaintiff-appellant.

Felix H. Lapeyre, New Orleans, La., Howard B. Gist, Jr., Gist, Murchison & Gist, Alexandria, La., Chaffe, McCall, Phillips, Burke & Hopkins, New Orleans, La., for defendant-appellee.

Before RIVES, Chief Judge, and HUTCHESON and JONES, Circuit Judges.

PER CURIAM.

After careful consideration we find ourselves in full agreement with the full and able opinion of the District Court rendered on June 15, 1959, and now reported in 180 F.Supp. at page 620. For the reasons and upon the authorities there set forth the judgment is

Affirmed.